JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK DARNELL R.,[1] | Case No. 2:23-cv-09048-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHELLE KING,[2] ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is Reversed, and this matter is Remanded to the Social Security

---

[1] Plaintiff's name is partially redacted in accordance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

[2] Michelle King became the Acting Commissioner of Social Security on January 20, 2025, and under Federal Rule of Civil Procedure 25(d) is automatically substituted for Martin O'Malley as Defendant in this suit. *See* 42 U.S.C. § 405(g).

1  Administration on an open record for further proceedings consistent with the
2  Court's Order.

3
4  DATED:  January 30, 2025        *Patricia Donahue*
                                    _____
5                                   HON. PATRICIA DONAHUE
                                    UNITED STATES MAGISTRATE JUDGE

2