Kamaria Davis
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 465-1633
F: (818) 995-4838
E-mail: kamaria.davis@gmail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
(Western Division)

| | |
|---|---|
| RODERICK DARNELL ROBERTS,<br><br>Plaintiff<br><br>vs.<br><br>LELAND DUDEK[1],<br><br>Acting Commissioner of Social Security,<br><br>Defendant, | CASE No.: 2:23-cv-09048-PD<br><br>**ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d)** |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of THREE THOUSAND-FIVE HUNDRED DOLLARS ($3,500.00).

DATE: March 05, 2025

*Patricia Donahue*

HONORABLE PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 18, 2025, and is substituted as Defendant in this suit. *See* 42 U.S.C. § 405(g).